

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00434-CR

**NICHOLAS HOYT,**

Appellant

 **v.**

**THE STATE OF TEXAS,**

Appellee

**From the 13th District Court**
**Navarro County, Texas**
**Trial Court No. D39232-CR**

## MEMORANDUM  OPINION

Appellant Nicholas Hoyt appeals from the trial court's interlocutory order denying his motion to suppress. The denial of a motion to suppress may not be appealed until after the final judgment is rendered. *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.) (per curiam); *see Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991) ("The courts of appeals do not have jurisdiction to review interlocutory orders unless that jurisdiction has been expressly granted by law."). Accordingly, we dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 43.2(f).

Notwithstanding that we are dismissing this appeal, Hoyt may file a motion for rehearing with this Court within 15 days after the judgment of this Court is rendered. *See* Tex. R. App. P. 49.1. If Hoyt desires to have the decision of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See* Tex. R. App. P. 68.2(a).


REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Appeal dismissed
Opinion delivered and filed December 11, 2019
Do not publish
[CR25]

